**UNITED STATES DISTRICT COURT**

**District of Minnesota**

MARIA CIPRIANA GONZALEZ GALINDO, individually and as Personal Representatives of the ESTATE OF ARTURO A. GALINDO, DECEASED,

Plaintiff,

v.

WARNER-LAMBERT COMPANY; PARKE-DAVIS, a division of WARNER-LAMBERT; and PFIZER, INC.,

Defendants.

Civil File No: 01-2321 DWF/AJB

**STIPULATION AND ORDER EXTENDING TIME TO MOVE, ANSWER, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their respective undersigned counsel, that Defendants Warner-Lambert Company, Parke-Davis, a division of Warner-Lambert, and Pfizer, Inc. may be granted an extension until January 7, 2002 to move, answer or otherwise plead in response to Plaintiff's Complaint.

Dated: 12/21/01, 2001

By: ______________________
Gale D. Pearson (#244673)
ROBINSON CALCAGNIE AND ROBINSON
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
(612) 332-0351

DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Stephen J. Randall (#221910)
RANDALL & SCHMACHER, PA
1012 Grain Exchange Building
400 South Fourth Street
Minneapolis, MN 55415
(612) 332-0351

D. Clay Holcomb
HICKS, THOMAS & LILIENSTERN, LLP
Coble Building
620 S. Taylor, Suite 208
Amarillo, TX 79101
(806) 376-7585

Attorneys for Plaintiff

Dated: 12-20, 2001

By: [signature]
William P. Studer (#106781)
David P. Graham (#185462)
Andrew S. Hansen (#285894)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3400
45 S. Seventh Street
Minnesota, MN 55402
(612) 607-7000

Attorneys for Defendants

**ORDER**

The above Stipulation is hereby approved, and defendants shall have until January 7, 2002 to respond to the Complaint in this action.

Dated: 12/21, 2001

[signature]
The Honorable Arthur J. Boylan
Magistrate Judge of U.S. District Court