254362

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-2321 DWF/AJB **Case Title:** Maria Gonzalez v. Warner-Lambert

**Affidavit of Movant**

I, Stephen J. Randall, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Clay Holcomb, Esq., an attorney admitted to practice in the Northern District of Texas, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Maria Gonzalez Galindo in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: #221910 Date: January 9, 2002

**Affidavit of Proposed Admittee**

I, D. Clay Holcomb, am currently a member in good standing of the U.S. District Court for the Northern District of Texas, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: D. Clay Holcomb Signature: D. Clay Holcomb Date: 12-28-01

Attorney License Number: 09821350

Law Firm Name & Address: Hicks Thomas & Lilienstern
620 S. Taylor, Suite 208
Amarillo, Texas 79101

Telephone: (806) 376-7585

Motion Granted: Richard D. Sletten 1/11/ Date: JAN 10 2002
For the Court: Richard D. Sletten, Clerk

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 10 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK