UNITED STATES DISTRICT
DISTRICT OF MINNESOTA
Clerk's Office, 700 Federal Building
316 North Robert Street
St. Paul, MN 55101
Phone: (651) 848-1100

# MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-2321 DWF/AJB

Case Title: Maria Cipriana Gonzalez Galindo, Individually and as Personal Representative of the Estate of Arturo A. Galindo, Deceased

vs.

Warner Lambert Company; Parke-Davis, a division of Warner-Lambert and Pfizer, Inc.

**Affidavit of Movant:**

I, Stephen J. Randall, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jody Sheets, Esq., an attorney admitted to practice in the U.S. District Court for the Northern, Eastern, Southern and Western District of Texas; U.S. District Court for the Western District of Oklahoma; Texas Supreme Court; U.S. Court of Appeal s for the 10th Circuit; U.S. Court of Appeals for the 5th Circuit; U.S. Supreme Court and all Texas State Courts, but not admitted to the bar of this court, who will be counsel for the Plaintiff Maria Cipriana Gonzalez Galindo, in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the cases listed above, and that I accept service of all papers served.

Signature: [signature]    #221910 MN Attorney License #    8/28/02 DATE

**Affidavit of Proposed Admittee**

I, Jody Sheets, am currently a member in good standing of the U.S. District Court for the Northern, Eastern, Southern and Western District of Texas; U.S. District Court for the Western District of Oklahoma; Texas Supreme Court; U.S. Court of Appeal s for the 10th Circuit; U.S. Court of Appeals for the 5th Circuit; U.S. Supreme Court and all Texas State Courts, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Jody Sheets, Esq.
Type/Print Name

SIGNATURE: [signature]    DATE: aug. 24, 2002

Attorney License No: 18180500
Law Firm Name & Address:
SHEETS HOLCOMB
620 S. Taylor, Suite 208
Amarillo, Texas 79101
Telephone: (806) 376-7585
Facsimile: (806) 376-8300

Motion Granted: [signature]
For the Court Richard D. Sletten, Clerk

AUG 2 9 2002
DATE

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED AUG 2 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK